UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHRYN T. KIBBEE,<br><br>            Plaintiff<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>            Defendant | Civil Action No. |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Defendant Massachusetts Institute of Technology ("MIT", "the Institute" or "Defendant") respectfully states the following facts in support of its Notice of Removal:

1.  Plaintiff Kathryn T. Kibbee ("Plaintiff") brought an action against Defendant in Middlesex County Superior Court, State Court of Massachusetts captioned *Kathryn T. Kibbee v. Massachusetts Institute of Technology*, Docket No. 10-2495. On or about July 13, 2010, Defendant received the Summons and Complaint, copies of which are attached hereto as Exhibit A. No further proceedings have occurred therein.

2.  The above-described action is a civil action arising out of Plaintiff's selection for layoff by MIT in a department wide layoff instituted by MIT's IS & T department in response to an Institute mandate that all departments across the Institute needed to reduce their budgets by approximately 15% over a two year period.

3. The action described in Paragraph 2 hereof is a civil action, of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the petitioner, Defendant therein, pursuant to the provisions of 28 U.S.C. § 1441, in that Plaintiff asserts a claim for violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e *et seq.*

4. Plaintiff also alleges a pendent state cause of action for violation of Section 4 of M.G.L. c. 151B.

5. This Notice of Removal is timely filed pursuant to 29 U.S.C. §1446(b) in that it is filed within thirty (30) days of receipt of the Complaint by MIT.

6. Accordingly, this action is a civil action which may be removed to this Court pursuant to 29 U.S.C. §§1441(a) and (b) and 1446(b).

7. Defendant will file a Notice of the Filing of this Notice of Removal and a copy of the Notice of Removal with the Clerk of Courts for the Middlesex County Superior Court, State Court of Massachusetts pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, MIT prays that the above-entitled action be removed from the Middlesex County Superior Court, State Court of Massachusetts to the United States District Court for the District of Massachusetts.

        Respectfully submitted,

        MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

        By its attorney,

        /s/ Allison K. Romantz
        Allison K. Romantz (BBO# 554909)
        Massachusetts Institute of Technology
        Office of the General Counsel
        77 Massachusetts Avenue, Bldg 10-370
        Cambridge, MA 02139
        (617) 715-4024
        aromantz@mit.edu

**CERTIFICATE OF SERVICE**

A true copy of the foregoing document was served by first class mail, postage prepaid and by ECF upon the attorney of record for plaintiff, Margaret M. Pinkham, Esq., PinkhamBusny, LLP, 3 Frances Street, Woburn, MA 01801 on this 3rd day of August, 2010.

        /s/ Allison K. Romantz