UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:10-cv-11300

| | |
|---|---|
| KATHRYN T. KIBBEE, | ) |
| Plaintiff, | ) |
| v. | ) |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Kathryn T. Kibbee, dismisses this action in its entirety, with prejudice, waiving all rights of appeal. Each party shall bear her or its own costs.

**KATHRYN T. KIBBEE,**

By her attorneys,

 /s/   Margaret M. Pinkham
Margaret M. Pinkham BBO # 561920
Elise Busny BBO # 600320
PINKHAM BUSNY LLP
42 Pleasant Street
Woburn, MA  01801
781-933-6840

Dated: September 14, 2010

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2010, in accordance with Local Rule 5.2(b), I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/  Margaret M. Pinkham
Margaret M. Pinkham